595 P.2d 1093

Virgil FAIRCHILD, Plaintiff-Respondent,

v.

John HATFIELD, Defendant-Appellant.

No. 12803.

Supreme Court of Idaho.

June 5, 1979.

Michael B. Sweet and R. Brad Masingill of Ryan & Sweet, Weiser, for defendant-appellant.

Lary C. Walker of Walker & Sanders, Weiser, for plaintiff-respondent.

Before SHEPARD, C. J., DONALDSON, BAKES and BISTLINE, JJ., and SCOGGIN, J. Pro Tem.

PER CURIAM:

Defendant appellant Hatfield brings this appeal from a district court judgment which awarded plaintiff respondent Fairchild $2,820 in damages plus costs and $750 in attorney fees on a claim arising from an arrangement the parties entered into with respect to a used 1950 model D–8 Caterpillar bulldozer. We have reviewed the record in the above cause and find no prejudicial error. I.R.C.P. 52(a); *Obray v. Mitchell*, 98 Idaho 533, 567 P.2d 1284 (1977). Therefore, the judgment of the trial court is affirmed. Costs to respondent.

BAKES, J., dissenting.